Argued March 28, affirmed March 28, petition for rehearing
denied April 25, petition for review
denied May 31, 1972

## STATE OF OREGON, *Respondent*, *v.* WIMPY DEWEY JONES (No. 73582), *Appellant*.

494 P2d 903

*F. E. Glenn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Gary D. Gortmaker,* District Attorney, Salem, argued the cause and filed the brief for respondent.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.